**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HECTOR SANTILLAN,

                Petitioner,         20 **CIVIL** 7846 (MKV)
                                                   13 **CR.** 138 (MKV)

    -against-

                                                    **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2024, the Petition is DENIED. A hearing is not required because the Petition "conclusively show[s] that [Petitioner] is entitled to no relief." 28 U.S.C. § 2255(b). The Court has declined to issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. See 28 U.S.C. § 2253; Love v. McCray, 413 F. 3d 192, 195 (2d Cir. 2005). The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from the Order would not be taken in good faith and thus Petitioner may not proceed in forma pauperis for any such appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**DATED:** New York, New York
             September 24, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**
                       **BY:**      *K. Mango*
                                                **Deputy Clerk**